IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-10364
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2018

Lyle W. Cayce
Clerk

BARRY N. JOHNSON,

  Plaintiff - Appellant

v.

RICKIE PATTON,

  Defendant - Appellee

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-1924

_____

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

  AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.